# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS HUNT

VERSUS

KYLIE E. JOHNSON, ARCH
INSURANCE COMPANY, COOP RPG,
INC., AND CHICK-FIL-A, INC.

NO.  2026 CW 0017

**APRIL 20, 2026**

---

In Re:   Kylie E. Johnson, ARCH Insurance Company, and CMS
         Squared Management, LLC, applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 733703.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                        WIL
                        EW
                        CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT